Marie-Ann Greenberg, Chapter 13 Trustee
30 Two Bridges Road, Suite 230
Farfield, NJ 07004
(973)227-2840

# UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY
### CHAPTER 13

In Re:

**MARILYN CARABALLO**
**239A MOUNT PROSPECT AVENU**

**NEWARK NJ 07104**

Case No.: 02-37664-S

SSN(1): 0957

DEBTOR(S)

# FINAL REPORT AND ACCOUNT

Case Filed On:            Plan Confirmed On:            Case Concluded On:
Thu Jul 11, 2002          Thu Mar 06, 2003              Thu Apr 12, 2007

THIS CASE WAS COMPLETED.

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt, and of all disbursements. Copies of these detailed records have been filed with the Court, or are attatched hereto, and are incorporated by reference in this report.

RECEIPTS:       Amount paid to the Trustee by or for the Debtor for the benefit of Creditors:     $     21,203.48

| DISTRIBUTIONS TO CREDITORS NAME OF CREDITOR | CLASS | CLAIM AMOUNT | AMOUNT PAID PRINCIPAL | INTEREST | UNPAID BALANCE |
|---|---|---|---|---|---|
| 0001/281649 FIRST HORIZON HOME LOANS | MORTGAGE ARREARS IN DEFAULT | 10,637.19 | 10,637.19 | .00 | .00 |
| 0002/191951 HOMEQ SERVICING CORP | MORTGAGE ARREARS IN DEFAULT | 1,381.03 | 1,381.03 | .00 | .00 |
| 0003/009797 CAPITAL ONE BANK | UNSECURED | 722.20 | 108.33 | .00 | .00 |
| 0004/098269 CLARA MAASS | CLAIM NOT FILED | .00 | .00 | .00 | .00 |
| 0005/215139 DANIEL GROSSER, MD | CLAIM NOT FILED | .00 | .00 | .00 | .00 |
| 0006/073493 FIRST NATIONAL BANK | CLAIM NOT FILED | .00 | .00 | .00 | .00 |
| 0007/056162 HOUSEHOLD RETAIL SVCS. | CLAIM NOT FILED | .00 | .00 | .00 | .00 |
| 0008/571175 INTERNET MEDICAL GROUP | CLAIM NOT FILED | .00 | .00 | .00 | .00 |
| 0009/197687 OMNIPOINT/VOICESTREAM | CLAIM NOT FILED | .00 | .00 | .00 | .00 |
| 0010/049935 PITUSA FURNITURE | CLAIM NOT FILED | .00 | .00 | .00 | .00 |

| DISTRIBUTIONS TO CREDITORS NAME OF CREDITOR | CLASS | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | UNPAID BALANCE |
|---|---|---|---|---|---|
| 0011/048312 ECAST SETTLEMENT CORP | UNSECURED | 1,290.09 | 193.51 | .00 | .00 |
| 0012/087219 SPRINT PCS | CLAIM NOT FILED | .00 | .00 | .00 | .00 |
| 0013/088999 CITIBANK NA | SECURED | 182.11 | 182.11 | .00 | .00 |
| 0014/016477 RESURGENT ACQUISITION LLC | UNSECURED | 948.47 | 142.27 | .00 | .00 |
| 0015/149544 WHITEHALL | CLAIM NOT FILED | .00 | .00 | .00 | .00 |
| 0016/416181 TSYS DEBT MANAGEMENT | UNSECURED | 500.07 | 75.01 | .00 | .00 |
| 0017/019072 ARROW FINANCIAL SERVICES LLC | UNSECURED | 1,504.18 | 225.63 | .00 | .00 |
| 0018/517134 UNITED STATES BANKRUPTCY COURT | SECURED | 6,168.77 | 6,168.77 | .00 | .00 |

Refunded to Debtor:

  MARILYN CARABALLO          **Closed Case Refund:**    .00
                                              **Other Refund:**    .00

Case No.: 02-37664-S

## SUMMARY OF CLAIMS ALLOWED AND PAID

| TYPE OF CLAIM | SECURED | PRIORITY | UNSECURED * | LATE | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 18,369.10 | .00 | 744.75 | .00 | .00 | 19,113.85 |
| PRINCIPAL PAID | 18,369.10 | .00 | 744.75 | .00 | .00 | 19,113.85 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 | .00 |

*The amount allowed reflects the percentage due pursuant to the Plan.
Percentage to unsecured creditors is 15.00%.

**TOTAL PAID - PRINCIPAL AND INTEREST**     19,113.85

## DISBURSEMENTS PURSUANT TO AN ORDER OF THE COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| MARK GOLDMAN, ESQ.<br>55 WASHINGTON STREET<br>EAST ORANGE, NJ<br>07017 | 876.00 | 876.00 |

## COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION

| TRUSTEE<br>NOTICE FEES | TRUSTEE'S EXPENSE &<br>COMPENSATION FUND | COURT<br>NOTICE FEES | TOTAL COST<br>& EXPENSE |
|---|---|---|---|
| .00 | 1,213.63 | .00 | 1,213.63 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just Pursuant to FRBP 5009. I hereby certify the above-captioned case has been fully administered.

FOR: Marie-Ann Greenberg
CHAPTER 13 TRUSTEE

Dated: Jun 28, 2007

By: __/S/Marie-Ann Greenberg__
Marie-Ann Greenberg