| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-2(c) |

Order Filed on
7/28/2010
by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Case No.:

Adv. No.:

Hearing Date:

Judge:

### ORDER DENYING UNCLAIMED FUNDS

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: 7/28/2010**

Judith H. Wizmur, Chief Judge
United States Bankruptcy Court

Motion denied without prejudice on the basis of the letter opinion dated July 28, 2010

*Approved by Judge Judith H. Wizmur July 28, 2010*